

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00363-CV

| | | |
|---|---|---|
| Rocky F. Anderson | § | From the 16th District Court |
| | § | of Denton County (14-04599-16) |
| v. | § | January 29, 2015 |
| Christina S. Anderson | § | Per Curiam |

## JUDGMENT

This court has considered Appellee's "Motion with Brief in Support to Reconsider Jurisdiction." The court grants Appellee's motion and dismisses Appellant's appeal for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM